# Court of Appeals
# of the State of Georgia

ATLANTA,   May 19, 2016

*The Court of Appeals hereby passes the following order:*

## A16A1690. EDDIE LEE COTTON v. SHELTON BRADLEY.

After the trial court entered a verdict against him in his suit against Shelton Bradley, Eddie Lee Cotton appealed the trial court's judgment. This Court affirmed the judgment of the trial court in an unpublished opinion. See *Cotton v. Bradley*, Case Number A15A1450 (decided July 10, 2015). Cotton thereafter filed a "Motion to Set Aside Judgment and Motion for New Trial," challenging the trial court's verdict. The trial court denied the motion and Cotton seeks to appeal this ruling.

In Cotton's direct appeal of the verdict, we rejected the same arguments that he raised in the motion filed in connection with this appeal. "It is axiomatic that the same issue cannot be relitigated *ad infinitum*. The same is true of appeals of the same issue on the same grounds. Our determination in the earlier appeal is res judicata; the instant appeal is therefore barred, and we are without jurisdiction to review this same matter for a second time." *Echols v. State*, 243 Ga. App. 775, 776 (534 SE2d 464) (2000) (footnote omitted).Thus, Cotton is estopped from seeking further judicial review on this issues. See *Hook v. Bergen*, 286 Ga. App. 258,  261 (1) (649 SE2d 313) (2007). Accordingly, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,* _____05/19/2016_____
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *Stephen E. Castlen* _____ *, Clerk.*